*In re* ALEXIS I. AVILÉS VEGA.

*Número:* TS-8472          *Resuelto:* 25 de mayo de 2005

*Carmen H. Carlos*, directora de la Oficina de Inspección de Notarías; *Alexis Avilés Vega, pro se.*

## RESOLUCIÓN

Examinada la Moción de Reconsideración, así como la Urgente en Relación a Orden y Solicitando Reinstalación, presentadas por el Sr. Alexis I. Avilés Vega, se ordena la reinstalación del señor Avilés Vega al ejercicio de la abogacía y la notaría de inmediato. Igualmente, se ordena a la Directora de la Oficina de Inspección de Notarías que comparezca dentro del término de quince días para que se exprese en torno al trámite propuesto por el señor Avilés Vega para corregir el Protocolo de 1991 o, en la alternativa, la aprobación del Protocolo con deficiencia, según propuesto por ella en su informe de 31 de agosto de 2000.

*Notifíquese por facsímil y por la vía ordinaria, y publíquese.*

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo. Los Jueces Asociados Señores Rebollo López y Rivera Pérez no intervinieron.

<div align="right">

*(Fdo.)* Aida Ileana Oquendo Graulau
*Secretaria del Tribunal Supremo*